UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO. 5:17-mj-01172-RN

| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF EXPERT WITNESS |
| v. | ) | |
| | ) | |
| JACKSON EMBREY, | ) | |
| Defendant | ) | |

NOW COMES the Defendant, by and through undersigned counsel, and hereby gives NOTICE of his intent to tender Doug Scott, Doug Scott of Drugs & Alcohol Risk Management, Inc., as an expert witness in the fields of Horizontal Gaze Nystagmus, the Intox EC/IR II, and Standardized Field Sobriety Tests (SFSTs).

Respectfully submitted this the 18th day of November 2017.

THE CHETSON FIRM

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 920
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 249-1396
E-Mail: damon@chetson.com

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon opposing counsel by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 18th day of November 2017.

    THE CHETSON FIRM

    /s/ Damon Chetson
    Damon J. Chetson
    Counsel for the Defendant (Retained)
    NC Bar #39575
    19 W. Hargett St., Suite 920
    Raleigh, NC 27601
    Office: (919) 352-9411
    Fax: (919) 249-1396
    E-Mail: damon@chetson.com

2
Case 5:17-mj-01172-RN   Document 18   Filed 11/18/17   Page 2 of 2