# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

### NO. 5:17-mj-01172-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF SECURED LEAVE |
| v. ) | |
| ) | |
| JACKSON EMBREY, ) | |
|       Defendant ) | |

NOW COMES the undersigned and hereby gives notice that he will be out of the country from Saturday, December 23, 2017 to January 2, 2018.

Respectfully submitted this the 18th day of November 2017.

THE CHETSON FIRM

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 920
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 249-1396
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon opposing counsel by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 18th day of November 2017.

    THE CHETSON FIRM

    /s/ Damon Chetson
    Damon J. Chetson
    Counsel for the Defendant (Retained)
    NC Bar #39575
    19 W. Hargett St., Suite 920
    Raleigh, NC 27601
    Office: (919) 352-9411
    Fax: (919) 249-1396
    E-Mail: damon@chetson.com